Alexander S. ORENSHTEYN, Plaintiff–Appellant,

v.

CITRIX SYSTEMS, INC., Defendant–Appellee.

No. 2011–1308.

United States Court of Appeals, Federal Circuit.

April 11, 2013.

Joseph J. Zito, Zito, tlp, of Washington, DC, argued for plaintiff-appellant. With him on the brief was Emerson V. Briggs, III.

Douglas J. Kline, Goodwin Procter, LLP, of Boston, MA, argued for defendant-appellee. With him on the brief were William A. Meunier; Timothy J. Rousseau, of New York, New York.

LOURIE, BRYSON, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.